# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:15CR178 |
| vs. | ) | ORDER |
| JOHN ACOSTA, | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant John Acosta for the court to amend the defendant's conditions of release to allow him to attend an event in Honolulu, Hawaii (Filing No. 251). The motion will be granted.

The Motion to Amend Release Conditions (Filing No. 251) is granted. The defendant's conditions of release are amended to allow the defendant to travel to Honolulu, Hawaii between November 4 and 6, 2017.

**IT IS SO ORDERED.**

DATED this 26th day of October, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge